IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT 4:11CR434 |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | JUDGE WELLS |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and (B), |
| DWAYNE L. PEACE, | ) | and 846, United States Code |
| | ) | |
| Defendant. | ) | |

## COUNT 1

The Grand Jury charges:

From in or about November 2005, through in or about July 2011, the exact dates to the grand jury unknown, in the Northern District of Ohio, Eastern Division, DWAYNE L. PEACE, the defendant herein, together with others known and unknown to the grand jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and to possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about July 27, 2010, in the Northern District of Ohio, Eastern Division, DWAYNE L. PEACE did unlawfully, knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.