IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:11-CR-00434 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| -vs- | ) | |
| | ) | **DEFENDANT'S SENTENCING** |
| DWAYNE L. PEACE | ) | **MEMORANDUM** |
| | ) | |
| Defendant. | ) | |

On October 16, 2012, Defendant Dwayne Peace pled guilty to one count of conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, by means of a binding plea agreement, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. As a part of the plea agreement, the parties agreed that a sentence of 216 months was appropriate and would be binding upon the Court, once the Court accepted the guilty plea. Plea Agreement, ¶¶ 13, 25.

Mr. Peace's guilty plea was heard by Magistrate Baughman, who recommended that it be accepted. Report and Recommendation, Docket #12. On February 5, 2013, this Court accepted the plea agreement and found defendant guilty of Count One of the indictment. Order, Docket #29.

For the foregoing reasons, defendant respectfully submits that 216 months is the appropriate sentence, as set forth in the binding plea agreement.

Respectfully submitted,

/s/ Jennifer E. Schwartz
Jennifer E. Schwartz (0055839)
Schwartz Downey & Co., L.P.A.
1616 Guildhall, 45 West Prospect Avenue
Cleveland, Ohio 44115
(216) 696-7100
(216) 696-7210 (facsimile)
jschwartz@sdlpa.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

A copy of this Sentencing Memorandum has been electronically filed this 24th day of May, 2013, and transmitted to all counsel of record by operation of the Court's Electronic Case Filing System.

/s/ Jennifer E. Schwartz
Attorney for Defendant