UNITED STATES DISTRICT COURT
_Northern_ DISTRICT OF _Ohio_

FILED
2016 MAY 16 PM 2:51
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES OF AMERICA,
    Plaintiff-Respondent,

USDC Case No: _4:11-cr-00434_

vs.

_Dwayne L. Peace_,
    Defendant-Petitioner.

Hon. _Judge William H. Baughman Jr._
United States District Judge

## PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.
2. My sentence was based, at least in part on drugs _____ (**Yes**/ No)
3. I was sentenced in the _Northern_ District of _Ohio_ by judge _William H. Baughman Jr._ on _5-31-2013_ (date) to a term of _216_ months in prison. My total offense level was _34_ and my criminal history category Was _8_.
4. My projected release date is _2027_.
5. I hereby request a Court appointed attorney (**Yes**/ No) and permission to proceed in forma pauperis.

Signature of Petitioner _[signature]_ Date 5-03-2016

Print or Type Name Dwayne Lamar Peace    Reg. No. 57484-060

Current Address Dwayne L. Peace 574-84-060

U.S.P - Atlanta  P.O. Box 150160  Atlanta, GA. 30315

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the District of Northern Ohio this 3rd day of May, 2016

Signature: _[signature]_